# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICTS OF MICHIGAN

|  |  |
|---|---|
| JERIMY SCHILZ, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>FORBES MEDIA, LLC,<br><br>　　　　　Defendant. | Case No. 2:21-cv-11796-GAD-APP<br><br>Honorable Gershwin A. Drain<br>Magistrate Judge Anthony P. Patti |

## STIPULATION FOR EXTENSION OF TIME TO RESPOND TO CLASS ACTION COMPLAINT

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for Plaintiff and Defendant that the time for Defendant to answer, move against or otherwise respond to the Complaint is hereby extended up to and including December 3, 2021.

Dated: October 15, 2021

By: /s/ *Philip L. Fraietta* (with consent)
Philip L. Fraietta
BURSON & FISHER, P.A.
888 Seventh Avenue
New York, New York 10019
Tel:　(646) 837-7150
Email: pfraietta@bursor.com
*Attorney for Plaintiff*

By: /s/ *J. Michael Huget*
J. Michael Huget (P39150)
HONIGMAN LLP
315 E. Eisenhower Parkway
Suite 100
Ann Arbor, MI 48108
Tel:　(734) 418-4254
Email: mhuget@honigman.com

Sharon Schneier
Sean Sullivan
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas
21st Floor
New York, NY 10020-1104
Tel: (212) 489-8230
Email: sharonschneier@dwt.com
       seansullivan@dwt.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I certify that on October 15, 2021, I caused the foregoing document to be filed with the Clerk of the Court via the CM/ECF system, which will cause notice of same to be sent to all counsel of record.

By: /s/ *J. Michael Huget*
    J. Michael Huget (P39150)
HONIGMAN LLP
315 E. Eisenhower, Suite 100
Ann Arbor, MI 48108
(734) 418-4254
mhuget@honigman.com

*Attorneys for Defendant*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICTS OF MICHIGAN

| | |
|---|---|
| JERIMY SCHILZ, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>FORBES MEDIA, LLC,<br><br>      Defendant. | Case No. 2:21-cv-11796-GAD-APP<br><br>Honorable Gershwin A. Drain<br>Magistrate Judge Anthony P. Patti |

### [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT

Upon consideration of the stipulation filed by the parties, it is ORDERED that the deadline by which Defendant has to respond to Plaintiff's Complaint, filed August 4, 2021, is extended to and including December 3, 2021.

                                                     s/Gershwin A. Drain_____
                                                     Gershwin A. Drain
                                                     U.S. DISTRICT JUDGE

Dated: \_October 15, 2021_____

41225266.1